IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANN SHEALEY,          )<br>                                )<br>    Plaintiff,               )<br>                                )   CIVIL ACTION NO.<br>    v.                          )     3:13cv13-MHT<br>                                )         (WO)<br>WALGREEN CO.-WALGREENS-        )<br>09397,                          )<br>                                )<br>    Defendant.                 ) | |

## OPINION

Plaintiff filed this lawsuit asserting discrimination in employment, in violation of Title VII of the Civil Right Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and that plaintiff's case be dismissed for three reasons: the plaintiff's complaint fails to state a cause of action; the plaintiff has abandoned her lawsuit and failed to prosecute; and the plaintiff has failed to comply with court orders.  There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2013.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE