```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

             MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


PATRICIA ANN SHEALEY,         )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )         3:13cv13-MHT
                              )            (WO)
WALGREEN CO.-WALGREENS-       )
09397,                        )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 14) is adopted.

(2) Defendant's motion to dismiss (Doc. No. 7) is granted.

(3) This lawsuit is dismissed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of March, 2013.

                     <u>    /s/ Myron H. Thompson    </u>
                     **UNITED STATES DISTRICT JUDGE**